UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jasmine Brown,
722 Saint Ollen St Bronx N.Y.
10470
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Montefiore Medical Center,
Manger- Yvonne Dwyer Crewe,
1199 Union, James Santiago, Gladys Ulwrick, Estela Vazuez, George Gresham

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial: ☑ Yes ☐ No
(check one)

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

✓ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

✓ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

✓ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name  JASMINE BROWN
Street Address  722 Saint Ollen St
County, City  Bronx NY
State & Zip Code  NY 10470
Telephone Number  Cell - 718 914-843-3685

B.  List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  Name  Montefiore Medical Center - Manager Yvonne Dyer Crewe
Street Address  111 East 210th Street
County, City  Bronx NY
State & Zip Code  NY 10470
Telephone Number  718 920-4701 Extrn. 4703-4702

C.  The address at which I sought employment or was employed by the defendant(s) is: George, Gresham
Employer  James Santiago - Gladys Wrenwill Gisela Vazquez
Street Address  New York City Principal, headquarters
County, City  310 West 43rd Street
State & Zip Code  New York NY 10036
Telephone Number

II.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

  _____  Failure to hire me.

  ✓  Termination of my employment.

  _____  Failure to promote me.

  _____  Failure to accommodate my disability.

  _____  Unequal terms and conditions of my employment.

*Rev. 05/2010*                                2

   _____ Retaliation.

   _____ Other acts *(specify)*: I was terminated unfairly.

  Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: May 8-2013 . *Date(s)*

C. I believe that defendant(s) *(check one)*:

  _no_ is still committing these acts against me. not working there anymore

  _no_ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

  ☐ race ✓ _____ ☐ color ~~Black~~ Black Woman

  ☐ gender/sex _____ ☐ religion _____

  ☐ national origin _____

  ☐ age. My date of birth is _____ *(Give your date of birth only if you are asserting a claim of age discrimination.)*

  ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

The facts of my case is my Manage is discriminating me for over a year and a half and abuseing me also I made so much complained to my Union and Montefiore HR. and no one did not do any things about it until she fired me and the Union did not represented me properly. When I work that Manager does not pay me. She run me home on many time and without reason Union do nothing.

  Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

III. **Exhaustion of Federal Administrative Remedies:**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____ *(Date)*.

Rev. 05/2010   3

B.  The Equal Employment Opportunity Commission *(check one)*:

   _____  has not issued a Notice of Right to Sue letter.

   \_\_✓\_\_  issued a Notice of Right to Sue letter, which I received on _1-22-15_ *(Date)*.

   *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

   _____  60 days or more have elapsed.

   \_\_✓\_\_  less than 60 days have elapsed.

## IV. Relief:

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: _This has manage my mental body and cause a lot of injured to my body because of especially my mom died because of lock of medication no money to buy it._
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _30_ day of _January_, 20_15_.

Signature of Plaintiff _Jasmine Brown_

Address _722 Saint Ollen St_
_Bronx NY 10470_

Telephone Number _Cell 914-843-3685_
Fax Number *(if you have one)* _JasBrown20.10Hotmail.com_

hahEEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: Jasmine Brown<br>722 St. Owen Street, #2<br>Bronx, NY 10470 | From: New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16F-2014-00260 | Holly M. Woodyard,<br>State & Local Program Manager | (212) 336-3643 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[X] Other *(briefly state)*    **Charging Party already filed same charge with NYSDHR**

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)    Kevin J. Berry,    December 17, 2014
                 District Director    *(Date Mailed)*

cc:

MONTEFIORE HEALTH SYSTEM, INC.    Robyn Ruderman, Esq.
555 South Broadway                 Montefiore Medical Center
Tarrytown, NY 10591                111 E. 210th St.
Attn: Dir. Of Human Resources      Bronx, NY 10467