UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                               :

JASMINE BROWN,                           :
                                               :

                     Plaintiff,   :

                                           :

         - against -               :

                                           :

MONTEFIORE MEDICAL CENTER, et al.,  :

                                         :

                   Defendants.  :

                                         :

----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/17/2020___

15-CV-724 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I held a post-discovery conference in the above-captioned matter on January 10, 2020, at which the parties agreed on a potential trial date of April 6, 2020, pending a possible settlement. On February 13, 2020, the parties held a settlement conference in front of Magistrate Judge Cave, but did not settle this case. Accordingly, it is hereby:

ORDERED that the parties meet and confer to discuss whether they will consent to proceed for all purposes in front of Magistrate Judge Cave, and file a joint letter no later than February 20, 2020 updating the Court.

IT IS FURTHER ORDERED that, should the parties not wish to proceed in front of the magistrate, a jury trial in this matter is scheduled to begin on April 6, 2020 at 10:00 a.m.

IT IS FURTHER ORDERED that, should the parties not wish to proceed in front of the magistrate, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order and motions in limine are due on or before March 6, 2020. Oppositions to motions in limine, as well as proposed voir dire questions, proposed verdict sheets, and proposed jury instructions are due on or before March 20, 2020. Two courtesy copies of all documents shall be

submitted to Chambers, and Microsoft Word versions of the proposed voir dire questions and

jury instructions must also be submitted by email to

BroderickNYSDChambers@nysd.uscourts.gov.

      IT IS FURTHER ORDERED that a final pretrial conference in this matter will be held on

April 3, 2020 at 11:00 a.m.

SO ORDERED.

Dated:      February 17, 2020
           New York, New York

                         Vernon S. Broderick
                         United States District Judge