UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE BROWN,

          Plaintiff,

against

MONTEFIORE MEDICAL CENTER et al.,

          Defendants.

CIVIL ACTION NO.: 15 Civ. 724 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The jury trial currently scheduled to commence on June 22, 2020 is ADJOURNED sine die.  By **May 12, 2020**, the parties shall submit a joint letter to the Court advising of their preferred course of action, including proposed dates in June and July when the parties are available for a settlement conference.

The Clerk of Court is respectfully directed to terminate the trial.

Dated:    New York, New York
            May 5, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**