UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE BROWN,

                Plaintiff,

against

MONTEFIORE MEDICAL CENTER et al.,

                Defendants.

CIVIL ACTION NO.: 15 Civ. 724 (SLC)

**ORDER OF DISCONTINUANCE**

**SARAH L. CAVE**, United States Magistrate Judge.

    The Court having been advised (Minute Entry 7/7/2020) that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

    To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court.

    Any pending motions are moot.  All conferences are vacated.  The Clerk of Court is respectfully directed to close the case.

Dated:      New York, New York
              July 9, 2020

                                          SO ORDERED

                                          _/s/ Sarah L. Cave_
                                          SARAH L. CAVE
                                          United States Magistrate Judge